UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-53-FDW

| | |
|---|---|
| ETHAN MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>FNU NUNEZ, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983, on March 9, 2016. On March 17, 2016, this Court entered an Order requiring Plaintiff to submit, within 20 days, an administrative remedies statement, showing that he exhausted his administrative remedies before filing this action. (Doc. No. 3). Plaintiff has not submitted his administrative remedies statement to the Court.

**IT IS HEREBY ORDERED** that **Plaintiff shall have ten days from service of this Order in which to submit his administrative remedies statement to the Court**. If Plaintiff does not submit the statement the Court within the time period allotted, this matter will be dismissed without prejudice and without further notice to Plaintiff.

_____
Frank D. Whitney
Chief United States District Judge